Filing # 133317530 E-Filed 08/24/2021 03:35:53 PM

IN THE CIRCUIT COURT OF THE
17th JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.: CACE 21 - 16212

KAREN JAMEISON,

       Plaintiff,

vs

FAMILY DOLLAR STORES
OF FLORIDA, LLC,

       Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, **KAREN JAMEISON,** by and through her counsel and hereby sues the Defendant, **FAMILY DOLLAR STORES OF FLORIDA, LLC,** and alleges as follows:

## GENERAL ALLEGATIONS

1.    That this is an action for damages in excess of Thirty Thousand Dollars ($30,000.00), exclusive of interest and costs.

2.    That at all times material hereto, the Plaintiff, **KAREN JAMEISON,** was and is a resident of Hollywood, Broward County, Florida.

3.    At all times material hereto, the Defendant, **FAMILY DOLLAR STORES OF FLORIDA, LLC,** is and was a Foreign Limited Liability company duly licensed to do business in the State of Florida and doing business in Hollywood, Broward County, Florida.

4.    That at all times material hereto, Defendant, **FAMILY DOLLAR STORES OF FLORIDA, LLC,** owned, operated, maintained and/or otherwise controlled the Family Dollar Store located at or near 3031 Johnson Street, Hollywood, Broward County, Florida.

### COUNT I
### NEGLIGENCE CLAIM AGAINST DEFENDANT, FAMILY DOLLAR STORES OF FLORIDA, LLC

Plaintiff adopts, realleges and incorporates by reference paragraphs 1 through 4 and further alleges:

5.      That on or about October 8, 2019 the Plaintiff, **KAREN JAMEISON,** was a guest/customer/business invitee of the Defendant, **FAMILY DOLLAR STORES OF FLORIDA, LLC,** lawfully in the store owned, operated, maintained and/or otherwise controlled by Defendant, **FAMILY DOLLAR STORES OF FLORIDA, LLC,** located at or near 3031 Johnson Street, Hollywood, Broward County, Florida.

6.      That on or about October 8, 2019, the Plaintiff, **KAREN JAMEISON,** while walking down the aisle of the Family Dollar Store located at or near 3031 Johnson Street, Hollywood, Broward County, Florida, encountered a slippery, dangerous condition/substance on the floor which caused her to slip/trip and violently fall to the ground, causing her injuries. The Defendant, **FAMILY DOLLAR STORES OF FLORIDA, LLC,** knew or should have known this area of the store to be hazardous and it was improperly maintained by the Defendant, **FAMILY DOLLAR STORES OF FLORIDA, LLC,** causing the Plaintiff to violently fall to the ground and resulting in the injuries described below.

7.      That Defendant, **FAMILY DOLLAR STORES OF FLORIDA, LLC,** as owner/maintainer/operator of said store owed a duty of care to all persons, customers, business invitees and guests, including Plaintiff, **KAREN JAMEISON,** to keep all aisles free from dangerous conditions and hazards of which the Defendant, **FAMILY DOLLAR STORES OF FLORIDA, LLC,** knew or should have known about.

8.      That the Defendant, **FAMILY DOLLAR STORES OF FLORIDA, LLC,** individually and by and through its agents and employees was careless and negligent and breached its duty to customers/business invitees in the store described above and more particularly the Plaintiff, **KAREN JAMEISON,** in the following respects:

(a)     Failing to remove/remedy the dangerous condition as set forth above, which the Defendant, **FAMILY DOLLAR STORES OF FLORIDA, LLC,** knew or should have known of, and/or in the alternative;

(b)     Failing to properly maintain the store and more specifically the aisle floors, which constituted a dangerous condition of the subject floor as set forth above, which the Defendant, **FAMILY DOLLAR STORES OF FLORIDA, LLC,** knew or should have known of, and/or in the alternative;

(c)     In failing to warn the public, including the Plaintiff, **KAREN JAMEISON,** of the dangerous condition of said area as set forth above, which the Defendant, **FAMILY DOLLAR STORES OF FLORIDA, LLC,** knew or should have known of;

(d)     In creating said dangerous condition that caused the Plaintiff's injuries;

(e)     In failing to properly block off/mark the subject area so as to forewarn persons of the dangerous condition;

2

(f)   In failing to properly light the area where Plaintiff's injuries were caused;

(g)   In failing to properly supervise/oversee other companies and their employees working in the subject store;

(h)   In failing to properly hire, train, retain and supervise its employees; and/or

(i)   In other negligent actions to be discovered thru discovery.

9.    The Defendant, **FAMILY DOLLAR STORES OF FLORIDA, LLC,** individually and by and through its agents, representatives and/or employees knew of the existence of said hazardous conditions, or in the exercise of reasonable care, should have known of the existence of said conditions or in the alternative created the dangerous conditions as alleged above.

10.   As a direct and proximate result of the negligence of the Defendant, **FAMILY DOLLAR STORES OF FLORIDA, LLC,** Plaintiff, **KAREN JAMEISON,** suffered bodily injury and resulting pain and suffering, disability or physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition.  The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, **KAREN JAMEISON,** demands judgment for damages against Defendant, **FAMILY DOLLAR STORES OF FLORIDA, LLC,** in excess of $30,000.00 together with lawful costs of this suit.

## DEMAND FOR JURY TRIAL

Plaintiff, **KAREN JAMEISON,** hereby demands trial by jury of all issues so triable.

Dated this 24th day of August, 2021.

**THE MUSTELL LAW FIRM**
Attorneys for Plaintiff
Chase Bank Building
3550 Biscayne Boulevard, Suite 406
Miami, FL  33137
Telephone:  (305) 572-1000
Facsimile:  (305) 573-2224

BY:___Electronic Signature___
CHARLES MUSTELL, ESQUIRE
FBN:  0823074
Primary Email: cmustell@mustelllaw.com
Secondary Email: akline@mustelllaw.com